UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RANDY SOWELL,

                        Plaintiff,

-against-

THE NEW YORK CITY POLICE
DEPARTMENT, ET AL.,

                        Defendants.

23-cv-5348 (LTS)

CIVIL JUDGMENT

---

      For the reasons stated in the October 18, 2024, order, Plaintiff's claims against the City of New York are dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). To the extent Plaintiff sought to bring claims of against individual NYPD officers, such claims are dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 24, 2024
             New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                           Chief United States District Judge